UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOVANNY ALEXIS CHACIN CASTILLO,<br>Petitioner,<br>v.<br>CHRISTOPHER J. LAROSE, et al.,<br>Respondents. | Case No.: 3:26-cv-5284-CAB-DEB<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Yovanny Alexis Chacin Castillo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 5 ("Petition").] Petitioner, a native and citizen of Venezuela, was paroled into the United States in 2023. [Petition at 2.] He was recently re-detained on July 22, 2026 while on his way home from work. [*Id.*]

///

///

///

Respondents admit that Petitioner was "paroled into the U.S. pending" a removal hearing. [Doc. No. 7 at 2.] Respondents point out that Petitioner's criminal history includes "a pending misdemeanor driving on a suspended license, a pending misdemeanor possession of marijuana, and a positive hit for outstanding wants and warrants," [*id.*], but do not argue that this demonstrates changed circumstances warranting Petitioner's re-detention. Respondents assert that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but then "acknowledge[] that this Court's prior decisions will control the result here if the Court adheres to its prior decisions" and so "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 3–4.]

Based on Respondents' substantive non-opposition, the Court **GRANTS** a writ of habeas corpus. Respondents are **ORDERED** to immediately release Petitioner Yovanny Alexis Chacin Castillo under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: October 9, 2026

Hon. Cathy Ann Bencivengo
United States District Judge